**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **REGINALD LEE** | : | |
| | : | **Civil Action No.** |
| **Plaintiff** | | |
| **v.** | : | **WDQ-02-CV-2843** |
| | : | |
| **OFFICER DANTE HEMINGWAY** | : | |
| **et al.** | : | |
| | : | |
| **Defendants** | : | |
| : | : | : |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the Plaintiff in the above matter.

Respectfully submitted,

_____
Frederick P. Charleston, Esquire
Federal Bar I.D. No. 02933
10 North Calvert Street, Ste. 204
Baltimore, Maryland 21202
(410) 685-7753

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ day of December, 2004, a copy of the foregoing Entry of Appearance was served by hand-delivery, to Neil M. Janey, Sr., Neal M. Janey, Jr., and Timothy M. Dixon, 10 North Calvert Street, Suite 722, Baltimore, MD. 21202.

_____
Frederick P. Charleston, Esq.