IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **REGINALD LEE** | * | |
|     **Plaintiff** | * | |
| v. | * | Case No: WDQ 02 CV 2843 |
| **OFFICER DANTE HEMINGWAY,**     **et al.** | * | |
| | * | |
|     **Defendants** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION TO STRIKE ATTORNEY'S APPEARANCE**

NOW COMES defendant Dante Hemingway's attorneys, Neal M. Janey, Esquire and The Janey Law Firm, P.C. and pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Honorable Court, counsel hereby moves this Court to strike the appearance of Neal M. Janey, Esquire and The Janey Law Firm, P.C. from this case and for reasons, counsel states the following:

    1.    On November 24, 2004, consistent with the provisions of the contract between defense counsel and the City of Baltimore, defense counsel informed the City of Baltimore that he and his law firm would no longer continue with the contractual relationship whereby he and his firm would provide legal representation to the above-mentioned defendant;

    2.    On December 21, 2004, defense counsel informed the above-mentioned defendant by written correspondence that he and his law firm would be filing this motion requesting that counsel's appearance be stricken;

3. As of the date of the filing of this motion, the City of Baltimore, care of the Honorable Ralph S. Tyler, Esquire, City Solicitor of Baltimore, has made arrangements to have other counsel enter their appearance on behalf of the above-named defendant;

4. It is counsel's understanding that the law firm of Jones & Associates, P.C. will enter its appearance on behalf of the Defendant in this matter.

WHEREFORE, based on the above averments, defense counsel, Neal M. Janey, Esquire and The Janey Law Firm, P.C., respectfully move this Honorable Court to strike his appearance in the above-captioned case.

Respectfully submitted,

_____
Neal M. Janey

The Janey Law Firm, P.C.
The Equitable Building
Suite 722
10 North Calvert Street
Baltimore, Maryland 21202
Telephone:  (410) 783-7344
Facsimile:   (410) 783-7342

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| REGINALD LEE | * | |
|     Plaintiff | * | |
| v. | * | Case No: WDQ 02 CV 2843 |
| OFFICER DANTE HEMINGWAY, et al. | * | |
| | * | |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of January 2005, a copy of the foregoing Motion to Strike Attorneys Appearance was forwarded via, U.S. Mail, postage prepaid, to the following persons:

1. Frederick Charleston, Esquire
   The Equitable Building
   Suite 204
   10 N. Calvert Street
   Baltimore, Maryland 21202

   *Attorney for Plaintiff*

2. James H. Fields, Esquire
   Jones & Associates, P.C.
   Harborplace Towers – Suite 2700
   111 South Calvert Street
   Baltimore, Maryland 21202

   *New Counsel for Defendant*

_____
Neal M. Janey

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **REGINALD LEE** | * | |
| **Plaintiff** | * | |
| v. | * | Case No: WDQ 02 CV 2843 |
| **OFFICER DANTE HEMINGWAY, et al.** | * | |
| | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of defense counsel's Motion to Strike Attorney's Appearance and any responses thereto, it is this _____ day of _____ 200\_\_\_ hereby ORDERED:

1. That defense counsel, Neal M. Janey, Esquire's motion to strike his appearance and that of The Janey Law Firm from this case is hereby GRANTED

_____
JUDGE, United States District Court for the District of Maryland