UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **REGINALD LEE** | * | |
| Plaintiff | * | |
| v. | * | Civil No. WDQ-02-CV-2843 |
| **OFFICER DANTE HEMINGWAY** | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

Pursuant to L.R. 101, kindly enter the appearance of the undersigned counsel on behalf of the Defendant, Police Officer Dante Hemingway in the above-captioned action.

_____
James H. Fields
Jones & Associates, P.C.
Harborplace Tower, Suite 2700
111 South Calvert Street
Baltimore, Maryland 21202
(410) 385-5240

Attorneys for Defendant,
Police Officer Dante Hemingway

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of January, 2005, a copy of the foregoing Entry of Appearance was mailed via first class mail, postage pre-paid to Frederick P. Charleston, Esquire, 10 N. Calvert Street, Suite 204, Baltimore, Maryland 21202.

_____
James H. Fields