IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **REGINALD LEE** | * |
| Plaintiff | * |
| v. | *   Case No: WDQ 02 CV 2843 |
| **OFFICER DANTE HEMINGWAY, et al.** | * |
| | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of defense counsel's Motion to Strike Attorney's Appearance and any responses thereto, it is this 21st day of January 2005 hereby ORDERED:

1. That defense counsel, Neal M. Janey, Esquire's motion to strike his appearance and that of The Janey Law Firm from this case is hereby GRANTED

_____
JUDGE, United States District Court for the District of Maryland