UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **REGINALD LEE** | * | |
|     **Plaintiff** | * | |
| **v.** | * | Civil No.  WDQ-02-CV-2843 |
| **OFFICER DANTE HEMINGWAY** | * | |
|     **Defendants** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANT'S EMERGENCY MOTION TO CONTINUE TRIAL

Defendant, Officer Dante Hemingway ("Defendant"), by his undersigned counsel, hereby moves, on an emergency basis, to continue the trial of the above-captioned matter from April 25, 2005 to a later date inasmuch as counsel for the Defendant is presently in the midst of a civil jury trial in the Circuit Court of Maryland for Baltimore City, and is thus unavailable for trial on that date.  In support hereof, Defendant incorporates as if fully set forth herein the accompanying Memorandum in Support of Emergency Motion to Continue Trial.

Undersigned counsel has contacted counsel for the Plaintiff, Frederick P. Charleston, and Mr. Charleston consents to the Motion to Continue Trial.

**WHEREFORE**, for the reasons set forth herein and in the accompanying Memorandum, Defendant requests that the trial of the above-captioned matter be continued from April 25, 2005 to a later date.

                                                _____
James H. Fields
Jones & Associates, P.C.
Harborplace Tower, Suite 2700
111 South Calvert Street
Baltimore, Maryland  21202
(410) 385-5240

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of April, 2005, a copy of the foregoing Emergency Motion to Continue Trial was telecopied and mailed, via first class mail, postage pre-paid to Frederick P. Charleston, Esquire, 10 N. Calvert Street, Suite 204, Baltimore, Maryland 21202.

                                              _____
James H. Fields