UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **REGINALD LEE** | * | |
| Plaintiff | * | |
| v. | * | Civil No. WDQ-02-CV-2843 |
| **OFFICER DANTE HEMINGWAY** | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion to Continue Trial filed by Defendant, Officer Dante Hemingway ("Defendant"), and for good cause shown, it is this ____ day of _____, 2005, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Motion to Continue Trial be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that the Trial presently scheduled for Monday, April 25, 2005, be and the same hereby is, continued to a date to be scheduled by future Order of this Court.

_____
Judge, United States District Court for the District of Maryland

Copies to:
James H. Fields, Esquire
Jones & Associates, P.C.
111 S. Calvert Street, Suite 2700
Baltimore, Maryland 21202

Frederick P. Charleston, Esquire
10 N. Calvert Street, Suite 204
Baltimore, Maryland 21202