## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

REGINALD LEE                             *

    Plaintiff                            *

v.                                       *    **Civil No.  WDQ-02-CV-2843**

OFFICER DANTE HEMINGWAY                   *

    Defendants                           *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### ORDER

Upon consideration of the Motion to Continue Trial filed by Defendant, Officer Dante Hemingway ("Defendant"), and for good cause shown, it is this 22 day of April, 2005, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Motion to Continue Trial be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that the Trial presently scheduled for Monday, April 25, 2005, be and the same hereby is, continued to July 25, 2005 at 9:30 a.m. in Courtroom 3A.

_____
Judge  United States District Court for the District of Maryland

Copies to:
James H. Fields, Esquire
Jones & Associates, P.C.
111 S. Calvert Street, Suite 2700
Baltimore, Maryland 21202

Frederick P. Charleston, Esquire
10 N. Calvert Street, Suite 204
Baltimore, Maryland 21202